**Order entered September 18, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00577-CV

**JOSE G. GARCIA, ET AL., Appellants**

**V.**

**FABRICIO & MICHELE SOLORIO, Appellees**

**On Appeal from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 11-10644**

## ORDER

The Court has before it appellees' September 16, 2013 unopposed motion for extension of time to file appellees' brief. The Court **GRANTS** the motion and **ORDERS** appellees to file their brief by October 2, 2013.

/s/      ELIZABETH LANG-MIERS
         JUSTICE